FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00205-WDM-BNB

LESLIE ROUSSEAU,

Plaintiff,

v.

BANK OR [sic] NEW YORK,
BRYAN S. BLUM, Registration no. 34949.
THE LAW FIRM OF CASTLE, MEINHOLD, & STAWIARSKI, LLC, and
ANNA MARIA PETERS-RUDDICK in her personal and official capacity as Public Trustee,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 2/20/08

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00205-WDM-BNB

Leslie Rousseau
1100 S. Moline St
Aurora, CO 80012

US Marshal Service
Service Clerk
Service forms for: Bank of New York, Bryan S. Blum, Castle Meinhold & Stawiarski, Llc, and Anna Maria Peters-Ruddick

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Bank of New York, Bryan S. Blum, Castle Meinhold & Stawiarski, Llc, and Anna Maria Peters-Ruddick: COMPLAINT FILED 01/31/08, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 2-22-08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk