IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00205-WDM-BNB

LESLIE ROUSSEAU,

    Plaintiff,

v.

BANK OF NEW YORK, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland (doc no 29), filed May 22, 2008, that the claims against Defendant Anna Maria Peters-Ruddick be dismissed for failure to prosecute. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). I will accept the recommendation.

As set forth in the recommendation, Plaintiff filed her complaint in this action on January 31, 2008 but has failed to effect service on Defendant Peters-Ruddick. Plaintiff did not respond to Magistrate Judge Boland's order to show cause why the claims against this defendant should not be dismissed for failure to prosecute.

Accordingly, it is ordered:

1.     The recommendation of Magistrate Judge Boland (doc no 29) is accepted.

2.     All claims against Defendant Anna Maria Peters-Ruddick are dismissed

without prejudice.

DATED at Denver, Colorado, on June 13, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge