IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00205-PAB-BNB

LESLIE ROUSSEAU,

Plaintiff,

v.

BANK OF NEW YORK,
BRYAN S. BLUM, Registration No. 34949, and
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  Also pending is my Order to Show Cause [Doc. # 70, filed 11/19/2009] and the plaintiff's Response to Order to Show Cause [Doc. # 71, filed 11/19/2-009].  The plaintiff presented evidence establishing the medical emergency which prevented him from appearing at the scheduling conference on November 19, 2009, and establishing good cause to discharge the Order to Show Cause.  In addition, after review I refused the proposed scheduling orders for reasons stated on the record.

IT IS ORDERED that the Order to Show Cause [Doc. # 70] is DISCHARGED, good cause having been shown.

IT IS FURTHER ORDERED that the proposed scheduling orders are REFUSED.  The parties shall confer and submit, on or before **December 18, 2009**, a revised scheduling order

modified as discussed at the conference today. The revised scheduling order should include the following deadlines:

>Deadline to complete Rule 26(a)(1) disclosures:   December 14, 2009
>
>Discovery Cut-Off:   April 26, 2010
>
>Dispositive Motions Deadline:   May 10, 2010
>
>Expert Disclosures:
>
>(a)   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 9, 2010
>
>(b)   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 26, 2010

A Settlement Conference will be held on **January 26, 2010, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **January 19, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

A Final Pretrial Conference will be held in this case on **July 13, 2010, at 9:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 6, 2010.**

Dated December 4, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge