IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-00205-PAB- BNB | Date: April 27, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| LESLIE ROUSSEAU, | PRO SE |
| Plaintiff, | |
| v. | |
| BANK OF NEW YORK, | Eric Coakley |
| BRYAN S. BLUM, and | Katharine Fisher |
| LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, THE | Phillip Vaglia |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    8:48 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion re: notice of violation of settlement agreement [Doc. 97; filed 4/14/11 ] is denied for reasons stated on the record.**

Court in Recess     9:02 a.m.     Hearing concluded.    Total time in Court: 00:14

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.